AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 09, 2021**

SEAN F. McAVOY, CLERK

THEODORE A. NIPKO,

*Plaintiff*

v.

RONALD HAYNES,

*Defendant*

Civil Action No. 1:21-cv-03085-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Petition, ECF No. 1, is DISMISSED WITH PREJUDICE as time-barred under 28 U.S.C. § 2244(d).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.

Date: 09/09/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez